

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00042-CV

**IN THE INTEREST OF M.X.R. AND M.S.R.,**

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-000964-D1
The Honorable Selina Nava Mireles, Judge Presiding

## O R D E R

Appellant's amended unopposed first motion for extension of time is GRANTED. Appellant's brief is due March 23, 2020. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.



_____
MICHAEL A. CRUZ,
Clerk of Court